**Fill in this information to identify the case:**

Debtor name **Interface Network Systems, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known) **8:19-bk-04596**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/21/19        X _____
                            Signature of individual signing on behalf of debtor

                            **David J. Omlor**
                            Printed name

                            **President**
                            Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Interface Network Systems, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | **8:19-bk-04596** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John J. Omlor & Associates 4912 58th Street South Saint Petersburg, FL 33715 | | Blanket Lien | | $400,000.00 | $0.00 | $400,000.00 |
| Shirley A. Omlor Recovable Trust 4912 58th Ave. Saint Petersburg, FL 33715 | | Blanket Lien | | $250,000.00 | $0.00 | $250,000.00 |
| Northeast Communications Grp 242 Route 156, Ste. A Trenton, NJ 08620 | | Sub-Contractor | | | | $120,298.67 |
| Kalamata 7315 Wisconsin Ave E. Tower, Ste. 950 Bethesda, MD 20814 | | Blanket Lien | | $111,386.00 | $0.00 | $111,386.00 |
| Fundation 11501 Sunset Hills Rd. Ste. 100 Reston, VA 20190 | | Blanket Lien | | $98,681.00 | $0.00 | $98,681.00 |
| Kabbage 730 Peachtree St. NE Ste. 1100 Atlanta, GA 30308 | | Loan | | | | $52,256.60 |
| Outsource 1960 E. Grand Ave. Ste. 1180 El Segundo, CA 90245 | | Employee Leasing / Technicians | | | | $49,107.07 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Interface Network Systems, Inc. | | Case number *(if known)* | 8:19-bk-04596 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capital Funding Solutions 2021 Tyler St., Ste. 208 Hollywood, FL 33020 | | Factoring Agreement | Unliquidated | $40,000.00 | $0.00 | $40,000.00 |
| Quarterspot 333 7th Ave, Ste. 1402 New York, NY 10001 | | Loan | | | | $37,497.00 |
| Tirone Electric 6151 Pembroke Rd. Hollywood, FL 33023 | | Sub-Contractor | | | | $36,914.44 |
| Superior Fiber & Data Svcs 1711 Briercroct Court Ste. 154 Carrollton, TX 75006 | | Sub-Contractor | Disputed | | | $24,063.48 |
| Whitlock 5910 Breckenridge Parkway Ste. H Tampa, FL 33610 | | Sub-Contractor | | | | $17,409.42 |
| QYPSYS-V 5425 Beaumont Center Blvd. Ste. 918 Tampa, FL 33634 | | Sub-Contractor | | | | $13,556.09 |
| Horizon Communication Technologies 30 Fairbanks, Ste. 110 Irvine, CA 92618 | | Sub-Contractor | | | | $9,685.30 |
| Concor Networks 601 N. Hammonds Ferry Rd. Suites H-J Linthicum Heights, MD 21090 | | Sub-Contractor | | | | $6,616.50 |
| Dasan Zhone Solutions PO Box 203730 Dallas, TX 75320-3737 | | Training Company | | | | $5,670.00 |
| Herc Rentals Inc. PO Box 936257 Atlanta, GA 31193 | | Rental of Equipment | | | | $4,871.13 |

Debtor    **Interface Network Systems, Inc.**    Case number *(if known)*    8:19-bk-04596

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advanced Cabling 4950 Northshore Lane N. North Little Rock, AR 72118** | | **Sub-Contractor** | | | | $3,601.40 |
| **LAN-TEL Communications 1400 Providence Hwy, Bldg. 3 Ste. 3100 Norwood, MA 02062** | | **Sub-Contractor** | | | | $3,154.37 |
| **Miller Electric Co. PO Box 1799 Jacksonville, FL 32201** | | **Sub-Contractor** | | | | $3,019.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Interface Network Systems, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:19-bk-04596**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................    $           0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................................................    $      258,156.53

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................    $      258,156.53

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      945,919.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $           0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      399,673.97

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b    $    1,345,592.97

**Fill in this information to identify the case:**

Debtor name    **Interface Network Systems, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:19-bk-04596**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | Business Advantage Checking (Operating) | 1135 | $4,593.94 |
| 3.2. | **Bank of America** | Business Advantage Checking (Vendor) | 7750 | $22.51 |
| 3.3. | **Regions (negative balance)** | Lifegreen Checking for Business | 4421 | $0.00 |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.                                                                                    $4,616.45

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.    Deposits, including security deposits and utility deposits
    Description, including name of holder of deposit

| 7.1. | **Security Deposit w/ Landlord** | $2,827.96 |
|---|---|---|

| Debtor | **Interface Network Systems, Inc.** | Case number *(if known)* | **8:19-bk-04596** |
|---|---|---|---|
| | Name | | |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                 **$2,827.96**
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| | 11a. 90 days old or less: | 32,254.22 | - | 0.00 | = .... | **$32,254.22** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| | 11b. Over 90 days old: | 87,825.26 | - | 0.00 | =.... | **$87,825.26** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**                                                 **$120,079.48**
      Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials Various Wire, Cabling Hardware | | $0.00 | N/A | $20,000.00 |

20.     **Work in progress**

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

23.     **Total of Part 5.**                                                 **$20,000.00**
      Add lines 19 through 22. Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Interface Network Systems, Inc.** | Case number *(if known)* | **8:19-bk-04596** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  Office furniture 6-Desks w/ chairs; Conference Table w/ 8-Chairs, 4-Cubicles w/ chairs | $0.00 | | $2,500.00 |
| 40.  Office fixtures | | | |
| 41.  Office equipment, including all computer equipment and communication systems equipment and software 5-Computers, Server, 4-Printers, 8-Phones, and Software | $0.00 | | $7,500.00 |
| 42.  Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  Total of Part 7.
Add lines 39 through 42.  Copy the total to line 86.                                        | $10,000.00 |

44.  Is a depreciation schedule available for any of the property listed in Part 7?
■ No
☐ Yes

45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.  Go to Part 9.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Interface Network Systems, Inc.**                                    Case number (If known)  **8:19-bk-04596**
          Name

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Utility Box Trailer** | $0.00 | | $1,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Graybar - Lease w/ Option to purchase (2)**<br>**Fluke Tegrers DSX2-8000QI/Gr,D-2GHZ DSX**<br>**QUAD OLTS rNSpC V2-W/WT.I''I.  and**<br>**SPLICER/MITTI ECU3 100-4507749-002 (the**<br>**"Fluke Test Equipment")** | $0.00 | | $47,130.00 |

51.    **Total of Part 8.**                                                                                        $48,130.00
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☑ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

                                                                                        Current value of
                                                                                        debtor's interest

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Interface Network Systems, Inc.**                          Case number *(if known)*  **8:19-bk-04596**
_____Name_____

71.    **Notes receivable**
       Description (include name of obligor)
       **Promissory Note from Francis Lynn**          52,502.64      -                                0.00   =
       **Moore**                                   Total face amount        doubtful or uncollectible amount            $52,502.64

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                              $52,502.64

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Debtor | **Interface Network Systems, Inc.** | Case number *(if known)*  **8:19-bk-04596** |
|---|---|---|
| | Name | |

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$4,616.45** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$2,827.96** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$120,079.48** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$20,000.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$10,000.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$48,130.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.......................................................................> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$52,502.64** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$258,156.53** | + 91b.  **$0.00** |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$258,156.53** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Interface Network Systems, Inc.**

United States Bankruptcy Court for the:  **MIDDLE DISTRICT OF FLORIDA**

Case number (if known)  **8:19-bk-04596**

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Capital Funding Solutions**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Factoring Agreement** | **$40,000.00** | **$0.00** |

**2021 Tyler St., Ste. 208**
**Hollywood, FL 33020**
Creditor's mailing address

Describe the lien
**UCC-1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Financial Servicing, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Graybar - Lease w/ Option to purchase (2) Fluke Tegrers DSX2-8000QI/Gr,D-2GHZ DSX QUAD OLTS rNSpC V2-W/WT.I"I. and SPLICER/MITTI ECU3 100-4507749-002 (the "Fluke Test Equipment")** | **$45,852.00** | **$47,130.00** |

**2005 Market St., 14th Floor**
**Philadelphia, PA 19103**
Creditor's mailing address

Describe the lien
**UCC-1 filed 05/09/2018 / Lease w/ Option to Purchase**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Interface Network Systems, Inc.** | Case number (if know) | **8:19-bk-04596** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**  **Fundation**
Creditor's Name

11501 Sunset Hills Rd.
Ste. 100
Reston, VA 20190
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
Blanket Lien

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$98,681.00     $0.00

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**  **John J. Omlor & Associates**
Creditor's Name

4912 58th Street South
Saint Petersburg, FL 33715
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
Blanket Lien

**Describe the lien**
UCC-1 filed 03/06/19

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$400,000.00     $0.00

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5**  **Kalamata**
Creditor's Name

7315 Wisconsin Ave E.
Tower, Ste. 950
Bethesda, MD 20814
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Blanket Lien

**Describe the lien**
UCC-1

$111,386.00     $0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Interface Network Systems, Inc. | Case number (if known) | 8:19-bk-04596 |
|---|---|---|---|

Name

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Shirley A. Omlor Recoverable Trust | Describe debtor's property that is subject to a lien | $250,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
4912 58th Ave.
Saint Petersburg, FL 33715
Creditor's mailing address

**Blanket Lien**

**Describe the lien**
UCC-1 filed 07/14/2009

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$945,919.00**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Corporation Service Co. as Representative PO Box 2576 UCCSPREP@CSCINFO.COM Springfield, IL 62708 | Line 2.5 | |
| FFE Services LLC, as Representative 244 Madison Ave., #379 New York, NY 10016 | Line 2.3 | |
| Graybar Financial 11885 Lackland Rd. Saint Louis, MO 63146 | Line 2.2 | |

Debtor    **Interface Network Systems, Inc.**
Name

Case number (if know)    **8:19-bk-04596**

**Fill in this information to identify the case:**

Debtor name   **Interface Network Systems, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:19-bk-04596**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Department of Revenue**<br>PO Box 6668<br>Tallahassee, FL 32314 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Noticing Purposes Only** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Noticing Purposes Only** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Interface Network Systems, Inc.** | Case number *(if known)* | **8:19-bk-04596** |
|---|---|---|---|
| | Name | | |

---

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABC Florida Gulf Coast**
2008 N. Himes Ave.
Tampa, FL 33607

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Organization**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,601.40 |
|---|---|---|---|

**Advanced Cabling**
4950 Northshore Lane N.
North Little Rock, AR 72118

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Sub-Contractor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allen Dell, P.A.**
202 S. Rome Ave., Ste. 100
Tampa, FL 33606

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,011.09 |
|---|---|---|---|

**Blue Wave Communications**
10330 USA Today Way
Hollywood, FL 33025

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Sub-Contractor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,170.94 |
|---|---|---|---|

**Carolina Fiber Communication**
3812 Tarheel Dr., Ste. E
Raleigh, NC 27609

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Sub-Contractor (Critical Vendor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $610.00 |
|---|---|---|---|

**CECO**
200 W. Jackson Blvd., #1340
Chicago, IL 60606

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Sub-Contractor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply* | $2,251.79 |
|---|---|---|---|

**City Electric Supply**
c/o Milne Law Group, PA
545 Delaney Ave., Bldg. 7
Orlando, FL 32801

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Purchases**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Interface Network Systems, Inc. | Case number (if known) | 8:19-bk-04596 |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,616.50 |
|---|---|---|---|

**Concor Networks**
601 N. Hammonds Ferry Rd.
Suites H-J
Linthicum Heights, MD 21090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Sub-Contractor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,950.00 |
|---|---|---|---|

**Core Communications**
327 E. 13th Ave. N.
Kansas City, MO 64116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Sub-Contractor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,670.00 |
|---|---|---|---|

**Dasan Zhone Solutions**
PO Box 203730
Dallas, TX 75320-3737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Training Company

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David J. Omlor**
199 Dali Blvd., Unit 402
Saint Petersburg, FL 33701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Loan(s)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $4,871.13 |
|---|---|---|---|

**Herc Rentals Inc.**
PO Box 936257
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Rental of Equipment

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,685.30 |
|---|---|---|---|

**Horizon Communication
Technologies**
30 Fairbanks, Ste. 110
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Sub-Contractor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,256.60 |
|---|---|---|---|

**Kabbage**
730 Peachtree St. NE
Ste. 1100
Atlanta, GA 30308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Loan

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interface Network Systems, Inc.** | Case number (if known) | **8:19-bk-04596** |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,154.37**

**LAN-TEL Communications**
1400 Providence Hwy, Bldg. 3
Ste. 3100
Norwood, MA 02062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Sub-Contractor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,019.00**

**Miller Electric Co.**
PO Box 1799
Jacksonville, FL 32201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Sub-Contractor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120,298.67**

**Northeast Communications Grp**
242 Route 156, Ste. A
Trenton, NJ 08620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Sub-Contractor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$803.55**

**O'Connell Electric Co.**
PO Box 8000
Dept No. 342
Buffalo, NY 14267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Sub-Contractor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$880.00**

**Oklahoma Electrical Supply**
4901 N. Sewell Ave.
Oklahoma City, OK 73118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Sub-Contractor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,107.07**

**Outsource**
1960 E. Grand Ave.
Ste. 1180
El Segundo, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Employee Leasing / Technicians

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,497.00**

**Quarterspot**
333 7th Ave, Ste. 1402
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Loan

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Interface Network Systems, Inc. | | Case number (if known) | 8:19-bk-04596 |
|---|---|---|---|---|
| | Name | | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $13,556.09 |
|---|---|---|---|
| | QYPSYS-V<br>5425 Beaumont Center Blvd.<br>Ste. 918<br>Tampa, FL 33634 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Sub-Contractor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $24,063.48 |
|---|---|---|---|
| | Superior Fiber & Data Svcs<br>1711 Briercroct Court<br>Ste. 154<br>Carrollton, TX 75006 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Sub-Contractor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,914.44 |
|---|---|---|---|
| | Tirone Electric<br>6151 Pembroke Rd.<br>Hollywood, FL 33023 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Sub-Contractor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $418.13 |
|---|---|---|---|
| | Total Telecom Corp<br>PO Box 11647<br>San Juan, PR 00910 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Sub-Contractor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $858.00 |
|---|---|---|---|
| | Verigent<br>9920 Kincey Ave., #210<br>Huntersville, NC 28078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Employee Leasing / Technicians | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,409.42 |
|---|---|---|---|
| | Whitlock<br>5910 Breckenridge Parkway<br>Ste. H<br>Tampa, FL 33610 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Sub-Contractor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| Debtor | **Interface Network Systems, Inc.** | | Case number (if known) | **8:19-bk-04596** |
|--------|-------------------------------------|---|------------------------|-------------------|
|        | Name | | | |

|  | | Total of claim amounts |
|--|--|-----------------------|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 399,673.97 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 399,673.97 |

**Fill in this information to identify the case:**

Debtor name      **Interface Network Systems, Inc.**

United States Bankruptcy Court for the:    **MIDDLE DISTRICT OF FLORIDA**

Case number (if known)    **8:19-bk-04596**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Cell Phone Service Agreement | |
|---|---|---|---|
| | State the term remaining | | AT&T PO Box 10330 Fort Wayne, IN 46851-0330 |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Landlord - $1,900 per month | |
|---|---|---|---|
| | State the term remaining | | CMNY Benjamin LLC PO Box 770310 Winter Garden, FL 34777-0310 |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Copier Lease | |
|---|---|---|---|
| | State the term remaining | | Dex Imaging 5109 W. Lemon Street Tampa, FL 33609 |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease w/ Option to Purchase -- Fluke Test Equipment | |
|---|---|---|---|
| | State the term remaining | | Graybar Electric 11885 Lackland Rd. Saint Louis, MO 63146 |
| | List the contract number of any government contract | | |

Debtor 1  **Interface Network Systems, Inc.**                                          Case number *(if known)*  **8:19-bk-04596**
_____
First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Internet Service Agreement** |
| | State the term remaining | **Spectrum a Subsidiary of Charter Communications, Inc.** |
| | List the contract number of any government contract | **400 Atlantic Street Stamford, CT 06901** |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Company** |
| | State the term remaining | **TriNet Headquarters** |
| | List the contract number of any government contract | **One Park Place Suite 600 Dublin, CA 94568** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Interface Network Systems, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:19-bk-04596**

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | David J. Omlor | 199 Dali Blvd., Unit 402<br>Saint Petersburg, FL 33701 | Shirley A. Omlor<br>Recovable | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |